| | |
|---|---|
| 1 | GERALD D. VINNARD, #046330 |
| | GILMORE, WOOD, VINNARD & MAGNESS |
| 2 | P. O. Box 28907 |
| | Fresno, CA  93729-8907 |
| 3 | Telephone:   (559) 448-9800 |
| | Facsimile:    (559) 448-9899 |
| 4 | |
| | Attorneys for Appellant |
| 5 | SIRE Enterprises, Ltd. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. 06-CV-1189-OWW |
| RONALD and MICHELLE COX, | Bankruptcy Case No. 03-16641-A-7 |
| Debtor(s) | Adversary Proceeding No. 05-1177-A |
| LOANSTAR MORTGAGEE SERVICES, | (Docket Control No.  DRJ-1 & DRJ-7) |
| Plaintiff(s), | STIPULATION AND ORDER TO EXTEND TIME TO <u>FILE APPELLANT'S OPENING BRIEF</u> |
| v. | |
| JAMES EDWARD SALVEN, et al., | |
| Defendants. | |

Appellant SIRE Enterprises, Ltd., and Appellees Ronald Cox and Michelle Cox, Loanstar Mortgage Services, James Edward Salven, Creditors Bureau of California, State of California, Employment Development Department and Comerica Bank, being all of the parties who have appeared in the above-entitled matter, hereby stipulate and agree that the time for the filing of Appellant SIRE Enterprises, Ltd's opening brief in the above matter shall be extended for fifteen days, to and including November 9, 2006.

////

////

////

8099-1\00163128.000.DOC

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA  93729-8907

STIPULATION (No. 06-CV-1189-OWW

PDF created with pdfFactory trial version www.pdffactory.com

1  This stipulation may be executed in counterpart, which each executed
2  counterpart being fully effective as an original.

3  Dated: October __, 2006    LAW OFFICES OF DAVID R. JENKINS

5  By: /s/
6     David R. Jenkins
   Attorneys for Debtors

7  Dated: October __, 2006

8  /s/
9  Robert Hawkins,
   Attorney for James Salven, Chapter 7
10    Trustee

11 Dated: October __, 2006

12 /s/
   Edward A. Treder,
13    Attorney for Loanstar Morgagee
   Services

14 Dated: October __, 2006    LAW OFFICES OF JOHN D. SUHR

16 /s/
   John D. Suhr,
17    Attorney for Creditors Bureau of
   California

19 Dated: October __, 2006    OFFICE OF THE ATTORNEY GENERAL

21 /s/
   Steven J. Green
   Attorney for State of CA, EDD

23 Dated: October __, 2006    FRANDZEL ROBINS BLOOM & CSATO

25 /s/
   Michael F. Fletcher,
26    Attorneys for Comerica Bank --
   California

28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

8099-1\00163128.000.DOC

-2-

STIPULATION (No. 06-CV-1189-OWW)

PDF created with pdfFactory trial version www.pdffactory.com

Dated: October __, 2006

/s/
Thomas J. Driscoll, Jr., Defendant

Dated: October __, 2006                GILMORE, WOOD, VINNARD & MAGNESS

By: /s/
Gerald D. Vinnard,
Attorneys for Appellant SIRE ENTERPRISES, LTD.

## **ORDER**

      Upon reading the foregoing stipulation, and good cause appearing therefore, IT IS SO ORDERED. The time for the filing of the opening brief by SIRE Enterprises, Ltd, is hereby extended to and including November 9, 2006.

Dated: October 20, 2006

/s/ Oliver W. Wanger

Judge of the United States District Court,
Eastern District of California

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

8099-1\00163128.000.DOC          -3-

STIPULATION (No. 06-CV-1189-OWW)

PDF created with pdfFactory trial version www.pdffactory.com