1  GERALD D. VINNARD, #046330
2  GILMORE, WOOD, VINNARD & MAGNESS
   P. O. Box 28907
3  Fresno, CA  93729-8907
   Telephone:   (559) 448-9800
4  Facsimile:    (559) 448-9899

   Attorneys for
5  SIRE Enterprises, Ltd.

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10                  FRESNO DIVISION

11  In re RONALD COX, et al.              CASE NO. 06-CV-01189-OWW-DLB

12         Debtor.

13

14                                       NOTICE OF TENTATIVE
                                         SETTLEMENT; STIPULATION AND
15  LOANSTAR MORTGAGEE                    ORDER FOR STAY OF PROCEEDINGS
    SERVICES,
16
           Plaintiff,
17
      v.
18
    JAMES SALVEN, et al.
19
           Defendants.
20

21          SIRE Enterprises, Ltd., Appellant herein, and Ronald and Michelle Cox, as

22  the only responding parties, hereby notify the Court that a tentative settlement has been

23  reached in the above-entitled matter, which will require approval by the United States

24  Bankruptcy Court for the Eastern District of California.  SIRE Enterprises and Ronald and

25  Michelle Cox therefore stipulate and request that the above-entitled Court enter an order

26  staying proceedings in the above-entitled appeal for 45 days, to allow time for an

27  appropriate motion to be filed and heard by the United States Bankruptcy Court.

28

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

00164681.000.DOC

NOTICE OF LODGEMENT OF APPELLANT'S EXCERPTS OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December 20, 2006                    GILMORE, WOOD, VINNARD &
                                             MAGNESS


                                         By: /s/
                                             ────────────────────────
                                             Gerald D. Vinnard
                                             Attorneys for Appellant SIRE
                                             Enterprises, Ltd.


Dated:  December 20, 2006


                                         By: /s/
                                             ────────────────────────
                                             David R. Jenkins
                                             Attorneys for Defendants Ronald and
                                             Michelle Cox

## <u>ORDER</u>

Upon reading the foregoing stipulation, and good cause appearing therefore, IT IS SO ORDERED.  The above-entitled appellate proceeding is stayed for forty-five days from the date of this order.

Dated:  January 18, 2007                    /s/ OLIVER W. WANGER


                                             ────────────────────────
                                             JUDGE OF THE UNITED STATES
                                             DISTRICT COURT, EASTERN
                                             DIVISION

GILMORE, WOOD,
VINNARD & MAGNESS
A PROFESSIONAL CORPORATION
P. O. BOX 28907
FRESNO, CA 93729-8907

00164681.000.DOC

-2-

NOTICE OF LODGEMENT OF APPELLANT'S EXCERPTS OF RECORD

PDF created with pdfFactory trial version www.pdffactory.com