GERALD D. VINNARD, #046330
GILMORE, WOOD, VINNARD & MAGNESS
P. O. Box 28907
Fresno, CA  93729-8907
Telephone:    (559) 448-9800
Facsimile:     (559) 448-9899

Attorneys for
SIRE Enterprises, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re RONALD COX, et al.<br>Debtor.<br><br>LOANSTAR MORTGAGEE SERVICES,<br>        Plaintiff,<br>v.<br>JAMES SALVEN, et al.<br>        Defendants. | CASE NO. 06-CV-01189-OWW-DLB<br><br>STIPULATION FOR DISMISSAL OF APPEAL, AND ORDER THEREON |

      SIRE Enterprises, Ltd., Appellant herein, and Ronald and Michelle Cox, as the only parties to the above-entitled appellate proceeding, hereby stipulate that the appeal of SIRE Enterprises shall be dismissed with prejudice, with each party to bear its costs herein.

Dated:  September 18, 2007                                              Dated:  September 18, 2007

GILMORE, WOOD,VINNARD
& MAGNESS

**s/ Gerald D. Vinnard**                                                         **s/ David R. Jenkins**
Gerald D. Vinnard, Attorneys for SIRE           David R. Jenkins, Attorney for
Enterprises                                                                 Ronald and Michelle Cox

1 **ORDER**

2       Upon reading the foregoing stipulation, and good cause appearing therefore,

3 IT IS SO ORDERED.  The above-entitled appellate proceeding is dismissed with

4 prejudice, with each party to bear its costs herein.

5 IT IS SO ORDERED.

6 **Dated:   September 18, 2007**               **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE